Matter of Dai (2023 NY Slip Op 04811)

Matter of Dai

2023 NY Slip Op 04811

Decided on September 28, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 28, 2023

PM-223-23
[*1]In the Matter of Shirley Dai, an Attorney. (Attorney Registration No. 4941589.)

Calendar Date:September 11, 2023

Before:Clark, J.P., Aarons, Reynolds Fitzgerald, Ceresia and McShan, JJ.

Shirley Dai, Alexandria, Virginia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Shirley Dai was admitted to practice by this Court in 2011 and lists an address in Alexandria, Virginia with the Office of Court Administration. Dai now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it opposes Dai's application based on her attorney registration delinquency for the 2023-2024 biennial period at the date of her filing.
Upon reading Dai's affidavit sworn to June 29, 2023 and filed August 14, 2023, upon reading the September 6, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and noting that Dai has cured her registration delinquency, and having determined that Dai is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Clark, J.P., Aarons, Reynolds Fitzgerald, Ceresia and McShan, JJ., concur.
ORDERED that Shirley Dai's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Shirley Dai's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Shirley Dai is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Dai is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Shirley Dai shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.